AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA,

Plaintiff,

V.

WILLIAM A. OWEN; and ZOERCHER-GILLICK
FUNERAL HOME,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-313

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Orders of this Court entered on November 9, 2022, and January 25, 2023, Plaintiff is granted interpleader relief, is discharged from any and all liability relating to the "Group Policy" or "Death Benefit," and all claims against Plaintiff are dismissed with prejudice. Additionally, default judgment is entered against Defendant Zoercher-Gillick Funeral Home; and the funds, plus any accrued interest, deposited into the registry of the Court will be disbursed to Defendant William A. Owen.  This civil action is dismissed and stands closed.

Approved by: _____

January 30, 2023
_____
*Date*

John E. Triplett, Acting Clerk
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020